**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DIGNORAH HOPKINS,

        Plaintiff,

v.                                  Case No:   6:23-cv-2257-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE LEGAL MEMORANDA** (Doc. No. 14) |
| **FILED:** | February 15, 2024 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED in part**. | |

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR LEAVE OF EXCESS FILING IN ACCORDANCE WITH LOCAL RULE 3.01(d)** (Doc. No. 15) |
| **FILED:** | February 15, 2024 |

- 2 -

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The deadline for Plaintiff to file her Brief is extended up to and including **March 7, 2024.**[1] To the extent that Plaintiff seeks excess pages for her Brief (Doc. No. 15), that request is **DENIED without prejudice** as counsel identifies no provision setting forth a page limitation nor does counsel explain how many total pages he wishes to file.

**Plaintiff is cautioned that neither of the above-styled motions comply with Local Rule 3.01(a). Going forward, future filings that fail to comply with all applicable Federal Rules of Civil Procedure, Local Rules, and Court Orders may be stricken or summarily denied without further notice.**

**DONE** and **ORDERED** in Orlando, Florida on February 16, 2024.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

---

[1] To the extent that Plaintiff requests extensions of other deadlines, such as the deadline for the Commissioner's Brief or Plaintiff's Reply, by the operation of Rules 7 and 8 of the Supplemental Rules for Social Security Actions, those deadlines are already contingent on the date of filing of Plaintiff's initial briefing, and the Commissioner's response.

Counsel of Record
Unrepresented Parties