**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DIGNORAH HOPKINS,

        Plaintiff,

v.                                         Case No:   6:23-cv-2257-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO CLARIFY ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES (Doc. No. 17)
>
> **FILED:** March 4, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.[1]

---

[1] The Court does not require a response from Defendant to resolve the motion.

Plaintiff seeks clarification regarding the Court's prior order denying without prejudice a motion to file excess pages. Doc. No. 17. *See* Doc. No. 16. The motion for clarification will be denied. First, the motion includes no legal memorandum in support, in violation of Local Rule 3.01(a). *See* Doc. No. 16 (warning Plaintiff that future filings that fail to comply with all applicable Federal Rules of Civil Procedure, Local Rules, and Court Orders may be stricken or summarily denied without further notice). Second, the prior order (Doc. No. 16) speaks for itself, and counsel once again "identifies no provision setting forth a page limitation nor does counsel explain how many total pages he wishes to file." *See id*. *See also* Doc. No. 17 (stating only that counsel "requires an additional 10 pages to his memorandum" without further explanation).

**DONE** and **ORDERED** in Orlando, Florida on March 5, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties