**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DIGNORAH HOPKINS,

      Plaintiff,

v.                                     Case No:   6:23-cv-2257-LHP

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant

---

**ORDER**
(And Direction to Clerk of Court)

    Upon review of the Substitution of Counsel and Designation of Lead Counsel filed by Defendant (Doc. No. 20), the Clerk of Court is directed to terminate Katauna King, Esq. as counsel for Defendant.  The Clerk of Court is further directed to terminate the motion associated with the filing (Doc. No. 20).   Christine Saad, Esq. is now designated lead counsel for Defendant.  *See* Doc. No. 20; *see also* Local Rule 2.02(a).

    **DONE** and **ORDERED** in Orlando, Florida on March 26, 2024.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties