**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DIGNORAH HOPKINS,

        Plaintiff,

v.                                    Case No:   6:23-cv-2257-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **PARTIES' MOTION FOR REMAND (Doc. No. 24)**
>
> **FILED:**      May 2, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), so that the following may occur:

> Upon the remand, the Appeals Council will remand the case to a new administrative law judge who will be directed to give further consideration to the evidence, including the medical opinion evidence; if necessary, give further consideration to Plaintiff's maximum residual

functional capacity; and offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

Doc. No. 24.   Plaintiff does not oppose.   *Id.* at 2.

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

1. The Parties' Motion for Remand (Doc. No. 24) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** all other pending motions as moot, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on May 3, 2024.

*/s/ Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties