# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DIGNORAH HOPKINS,

        Plaintiff,

v.                                        Case No:   6:23-cv-2257-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. §2412 (Doc. No. 34)
>
> **FILED:** August 15, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff, through counsel of record, filed a complaint against the Commissioner of Social Security regarding the denial of an application for social security benefits.  Doc. No. 1.  On May 3, 2024, pursuant to an unopposed motion

to remand, Doc. No. 24, the Court reversed and remanded the case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).  Doc. No. 25.  Judgment was entered in favor of Plaintiff and against the Commissioner on May 6, 2024.  Doc. No. 26.

By the present motion, Plaintiff seeks an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  Doc. No. 34.[1]  Plaintiff requests a total of $5,674.10 in attorney's fees under the EAJA, for 22.73 hours of work performed by Plaintiff's counsel in 2023 and 2024.  *Id.* at 1; Doc. No. 34-1.  The Commissioner does not oppose the motion.  Doc. No. 34, at 4.

Upon consideration, and absent any objection from the Commissioner, the Court finds the request for fees pursuant to the EAJA well taken.  Accordingly, Plaintiff's Unopposed Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412 (Doc. No. 34) is **GRANTED**, to the extent that Plaintiff is awarded a total of $5,674.10 in attorney's fees under the EAJA.[2]

---

[1] Plaintiff's motion is timely.  *See* Doc. No. 33.

[2] Plaintiff's motion references an assignment of EAJA fees from Plaintiff to counsel.  Doc. No. 34, at 2.  *See also* Doc. No. 34-3.  However, Plaintiff states only that "[i]f the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel."  Doc. No. 34, at 2.  The government may exercise its discretion to honor Plaintiff's assignment of attorney's fees awarded under the EAJA if the government determines that Plaintiff does not owe a federal debt, but the Court will not order the government to do so.

Case 6:23-cv-02257-LHP   Document 35   Filed 08/19/24   Page 3 of 3 PageID 2158

- 3 -

**DONE** and **ORDERED** in Orlando, Florida on August 19, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties